John Paul "Pops" TURNER,
Plaintiff–Appellant,

v.

CITY OF STAUNTON, Defendant–
Appellee.

No. 08–1781.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2008.

Decided: Sept. 9, 2008.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district
court's order granting his request to pro-
ceed in forma pauperis but dismissing the
case as patently frivolous under 28 U.S.C.
§ 1915(e)(2)(B)(ii) (2000). We have re-
viewed the record and find that this appeal
is frivolous. Accordingly, we dismiss the
appeal for the reasons stated by the dis-
trict court. *Turner v. City of Staunton,*
No. 7:08–cv–00413–sgw (W.D.Va. July 9,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*